UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIKE'S TRAIN HOUSE, INC.,

        Plaintiff,

v.

LIONEL L.L.C., KOREA BRASS, and
YOO CHAN YANG,

        Defendant.

CIVIL ACTION
NO. 00-71729

FILED 2004 OCT 21 A 9 51
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

JURY TRIAL - VOLUME 1
BEFORE THE HONORABLE JOHN CORBETT O'MEARA
United States District Judge
252 Theodore Levin U.S. Courthouse
231 Lafayette Boulevard West
Detroit, Michigan
Tuesday, May 11, 2004

Official Court Reporter:
Andrea E. Wabeke, CSR, RMR, CRR
231 West Lafayette Boulevard - Room 257
Detroit, Michigan  48226
313.963.4323

**FILE COPY**

# # OF PAGES IN TRANSCRIPT

97

ORIGINAL PLACED

ON SHELF