UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MIKE'S TRAIN HOUSE, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Case No. 00-CV-71729 |
| : | |
| LIONEL L.L.C., : | Judge John Corbett O'Meara |
| KOREA BRASS, and : | |
| YOO CHAN YANG, : | Magistrate Judge Donald A. Scheer |
| : | |
| Defendants. : | |

**GUREWITZ & RABEN, P.C.**
Harold Gurewitz (P14468)
Margaret M. Raben (P39243)
Attorneys for Plaintiff
333 West Fort Street, Suite 1100
Detroit, Michigan 48226
(313) 628-4740

**STEVENS & LEE, P.C.**
Jeffrey D. Bukowski
Attorneys for Plaintiff
111 North Sixth Street
Reading, PA 19603-0679
(610) 478-2215

**KOHN, SWIFT & GRAF, P.C.**
Robert A. Swift
Robert J. LaRocca
Joanne Zack
Attorneys for Plaintiff
One South Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107
(215) 238-1700

**DYKEMA GOSSETT PLLC**
Joseph H. Hickey (P41664)
Patrick F. Hickey (P36648)
Dante A. Stella (P60443)
Attorneys for Defendant Lionel L.L.C.
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304-5086
(248) 203-0555

**HOWARD & HOWARD ATTORNEYS, P.C.**
C. Douglas Moran (P46405)
Attorneys for Defendants Korea Brass Co. and
Yoo Chan Yang
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
(248) 723-0330

**JUDGMENT ON JURY VERDICT**

AND NOW, this 3rd day of November, 2004, following the jury's verdict and the Court's Opinion and Order of November 1, 2004 denying defendants' motions for new trial and for judgment as a matter of law, judgment is hereby entered on the jury verdict rendered June 7, 2004 in the above matter as follows:

Judgment is entered in favor of plaintiff Mike's Train House, Inc. ("MTH") and against defendants Lionel L.L.C. ("Lionel"), Korea Brass Co., Inc. ("Korea Brass") and Yoo Chan Yang ("Yang"), jointly and severally, in the amount of $25,773,485.00, which amount represents MTH's lost past and lost future profits resulting from defendants' misappropriation of MTH's trade secrets.

Judgment is entered in favor of plaintiff MTH and against defendant Lionel in an additional amount of $12,834,820.00, which amount represents Lionel's unjust enrichment from its misappropriation of MTH's trade secrets. Thus, the total judgment entered in favor of plaintiff MTH and against defendant Lionel is $38,608,305.00.

Judgment is entered in favor of plaintiff MTH and against defendants Korea Brass and Yang in an additional amount of $2,167,440.00, which amount represents Korea Brass's and Yang's unjust enrichment from their misappropriation of MTH's trade secrets. Thus, the total judgment entered in favor of plaintiff MTH and against defendants Korea Brass and Yang is $27,940,925.00.

      MTH shall not be permitted to collect from any defendant more than the total amount of the judgment entered against that defendant – $38,608,305.00 against Lionel and $27,940,925.00 against defendants Korea Brass and Yang.  Furthermore, MTH shall not be permitted to collect more than an aggregate amount of $40,775,745.00 from all of defendants combined.

      Interest shall accrue on the above judgment amounts at the legal rate from the date of entry of this judgment.

      BY THE COURT:

      s/JohnCorbettO'Meara
      John Corbett O'Meara, J.

Dated: November 3, 2004